AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.
Dequeta JORDAN

*Defendant(s)*

Case No. 2:22-mj-534

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 3, 2022** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |
| Title 21 U.S.C. 841 | manufacture, distribute, or dispense, or possess with intent to manufacture, distribute or dispense a controlled substance. |

This criminal complaint is based on these facts:

**SEE ATTACHED**

☑ Continued on the attached sheet.

*Cole Benner*
Complainant's signature

Cole Benner, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.
VIA FACETIME

Date: 08/03/2022

*Elizabeth Preston Deavers*
Judge's signature

City and state: Columbus Ohio

Elizabeth Preston Deavers, US Magistrate Judge
US Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Cole D. Benner, deposes and state:

1.  I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearm and Explosives ("ATF"), and have been since March of 2020. I am currently assigned to the Columbus, Ohio Field Office as a member of the Crime Gun Enforcement Team (CGET) Task Force. As part of my duties as an ATF Special Agent, I investigate criminal violations relating to federal firearms offenses, including the unlawful possession of firearms and ammunition by individuals who have been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year. I have participated in numerous investigations of criminal violations relating to illegal firearms possession, firearms trafficking and shooting investigations. I am familiar with, and have utilized multiple investigative methods, including electronic surveillance, visual surveillance, search warrants, and the utilization of GPS/E-911 data.

2.  Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States. As result of my training and experience, I am familiar with federal laws including 18 U.S.C. § 922(g)(1), which states: It shall be unlawful for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

3.  I know based on my training and experience that individuals who possess firearm and ammunition often possess other items commonly used or acquired in connection with the possession of firearms and ammunition. Some of these items include, but are not limited to, other

firearms, firearm parts, additional ammunition, firearm receipts, firearms brochures or owner's manuals, records of sale or acquisition of firearms, firearms magazines, and holsters.

4. I know that individuals who possess firearms and ammunition as felons or otherwise, often store those firearms and ammunition in their homes or cars, so that the firearms and ammunition are easily accessible. I also know that firearms are durable and non-perishable goods, which can be expected to remain in the individual's possession for extended periods of time.

5. The facts in this affidavit come from my personal observations, training and experience, as well as information obtained from other agents, officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Dequeta JORDAN has violated Title 18 U.S.C. § 922(g)(1), Possession of Firearm and Ammunition by Convicted Felon and Title 21, United States Code, Section 841(a)(1) manufacture, distribute, or dispense, or possess with intent to manufacture, distribute or dispense a controlled substance.

## PROBABLE CAUSE

### August 3, 2022 – 1352 E. Hudson St. Columbus, OH.

7. On July 25, 2022, at approximately 2:00 PM, an ATF TFO travelled to 1352 E. Hudson St. Columbus, OH. At that time, I observed JORDAN's cell phone "ping" to be in the area of 1352 E. Hudson St. Columbus, OH. Shortly after, the TFO observed JORDAN open the front door of his residence.

8.  Investigators have since reviewed the GPS/E-911 data for the cellular device, obtained pursuant to the above-mentioned federal search warrant. This analysis showed that between the dates of July 18, 2022 9:09:21 pm through August 1, 2022 3:59:22pm, there were a total of 1,897 mappable GPS/E-911 data events. 1,653 of these mappable GPS/E-911 data events occurred within the approximate area of the 1352 E. Hudson St. Columbus, OH.

9.  Additionally, I received information that JORDAN is named as the renter of 1352 E. Hudson St. Columbus, OH, on the lease. I queried OHLEG and learned JORDAN's home address is listed as 1352 E. Hudson St. Columbus, OH.

10. On August 3, 2022, at approximately 08:00AM ATF SAs and TFOs conducted a Federal Search Warrant at 1352 E. Hudson St. Columbus, OH. The Federal Search Warrant (2:22-MJ-531) was issued on August 2, 2022, at approximately 9:14AM by United States Magistrate Judge Elizabeth Preston Deavers. Two (2) firearms and ammunition were located. A Glock, Model 26, 45 caliber pistol (SN: BDPM023) and a ITM arms, model MK99, 7.62 rifle (SN: 1984SC04496) were located. SAs observed suspected heroin, packaging materials, and a blender with white powder residue in it. SAs observed a large amount of U.S. currency.

11. Title 21, United States Code, Section 841 makes it a Federal crime for any person to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute or dispense a controlled substance. Subsection (b) of this section makes cocaine, cocaine base, heroin, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, and any of their isomers, controlled substances.

### Interstate Nexus Determination

12. Affiant spoke with SA Jason Burns who is a qualified ATF Interstate Nexus Expert and On August 3, 2022, SA Burns determined the firearm (Glock, Model 26, 45 caliber

pistol (SN: BDPM023)) was not manufactured in the state of Ohio, thus having traveled in interstate commerce to be found in the state of Ohio.

## CONCLUSION

13. Based upon the above listed facts and circumstances, affiant believes and asserts that there is probable cause to believe that on August 3, 2022, JORDAN did unlawfully, knowingly possess, a firearm and ammunition in and affecting interstate commerce after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, U.S.C., Section 922(g)(1) and Title 21, United States Code, Section 841(a)(1) manufacture, distribute, or dispense, or possess with intent to manufacture, distribute or dispense a controlled substance. The above violations were committed in the Southern District of Ohio, Eastern Division. Your Affiant requests that an arrest warrant be issued for Dequeta JORDAN.

*Cole Benner*

Cole Benner, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me this ___3d___ day of August 2022

Elizabeth A. Preston Deavers
United States Magistrate Judge
Southern District of Ohio
Eastern Division